## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

GARY DEWAYNE THOMPSON,

      **Plaintiff,**

vs.                                     **No.: 1:07-cv-109**

CCA OF TENNESSEE, INC.,
et. al.,

      **Defendant.**

## MEDIATOR'S REPORT

Comes, Pamela L. Reeves and files the Mediator's Report as follows:

1.      This case was mediated by PAMELA L. REEVES at the law firm of Miller & Martin, 832 Georgia Avenue, Chattanooga, Tennessee 37402 on November 28, 2007.

2.      The Plaintiff, Gary Dewayne Thompson, with his attorney, Robin Flores, personally appeared at the Mediation. Two representatives of the Defendant, with their attorney, Christopher H. Steger, personally appeared at the Mediation.

3.      The parties entered into settlement negotiations and successfully resolved their disputes.

Respectfully submitted this 4th day of December, 2007.

> **s/Pamela L. Reeves**
> **PAMELA L. REEVES, Mediator**
> **Anderson, Reeves & Herbert, P.A.**
> **Tyson Place, Suite 130**
> **2607 Kingston Pike**
> **Knoxville, Tennessee 37919**
> **(865) 540-1977**

## CERTIFICATE OF SERVICE

I hereby certify that on 4th of December, 2007, a copy of the foregoing Mediator's Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

> **s/Pamela L. Reeves**
> Pamela L. Reeves, Mediator
> BPR #6643
> Anderson, Reeves & Herbert, P.A.
> 2607 Kingston Pike, Suite 130
> Knoxville, Tennessee 37919
> 865-540-1977